UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| BRENTRICK DUKE, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 3:17-cv-01191 |
|  | ) | CHIEF JUDGE CRENSHAW |
| COMMISSIONER OF SOCIAL SECURITY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

# ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending that the final decision of the Commissioner be affirmed. (Doc. No. 17.) No timely objections have been filed. After a de novo review of the record, the Court agrees that substantial evidence supports the Administrative Law Judge's decision and the decision is not based on legal error. Blakley v. Comm'r of Soc. Sec., 581 F.3d 399, 405-06 (6th Cir. 2009) (citing Key v. Callahan, 109 F.3d 270, 273 (6th Cir. 1997)).

Accordingly, the Report and Recommendation (Doc. No. 17) is **ADOPTED**. Plaintiff's Motion for Judgment on the Record (Doc. No. 13) is **DENIED**, and the final decision of the Commissioner is **AFFIRMED**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE